UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY DIVISION

| | |
|---|---|
| DAVID HARRISON , ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 5:13-cv-00595-C |
| ) | |
| NORTHSTAR LOCATION SERVICES LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, DAVID HARRISON ("Plaintiff"), through his attorneys, Agruss Law Firm LLC., informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case within thirty (30) days.

RESPECTFULLY SUBMITTED,

By:/s/_____Michael S. Agruss_____
Michael S. Agruss
Agruss Law Firm, LLC
22 W. Washington Street Suite 1500
Chicago, IL 60602
Tel: 312-224-4695
Fax: 312253-4451
Michael@Agrusslawfirm.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

    On July 10, 2013, Michael S. Agruss, e-mailed a copy this Filed Notice of Settlement to Defendant, NORTHSTAR LOCATION SERVICES to Linda Leising at LLEISING@NORTHSTARLOCATION.COM

                                      By:/s/     Michael S. Agruss_____
                                              Michael S. Agruss