**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISON**

| | |
|---|---|
| DAVID HARRISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  5:13-cv-00595-C |
| ) | |
| NORTHSTAR LOCATION SERVICES, LLC, ) ) | |
| ) | |
| Defendant. ) | |

## **VOLUNTARY DISMISSAL**

Plaintiff, DAVID HARRISON ("Plaintiff"), through his attorneys, Agruss Law Firm, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses this case, with prejudice, against Defendant, NORTHSTAR LOCATION SERVICES LLC.

RESPECTFULLY SUBMITTED,

September 2, 2013               By: /s/ Michael S. Agruss
                                Michael S. Agruss
                                Agruss Law Firm, LLC
                                22 W. Washington Street
                                Suite 1500
                                Chicago, IL 60602
                                Tel: 312-224-4695
                                Fax: 312-253-4451
                                michael@agrusslawfirm.com
                                Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

On September 2, 2013, Michael Agruss, e-mailed a copy of this Filed Voluntary Dismissal to Defendant's, NORTHSTAR LOCATION SERVICES, LLC's, to Linda Leising, at LLEISING@NORTHSTARLOCATON.COM

By: /s/ Michael S. Agruss

Michael S. Agruss